IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDERICK WESLEY, )<br>Plaintiff, )<br>v. )<br>)<br>DALLAS INDEPENDENT SCHOOL )<br>DISTRICT, )<br>Defendant. ) | Case No. 3-08-CV-2025-K |

## ORDER

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendant's Motion to Dismiss for Plaintiff's Failure to State a Claim, or, in the alternative, Motion for More Definite Statement. The District Court reviewed *de novo* the proposed Findings, Conclusions, and Recommendation. The Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss is granted in part and denied in part. Defendant's Motion for More Definite Statement is denied. This case is returned to United States Magistrate Judge Paul D. Stickney for pretrial management.

**SO ORDERED**

Signed January 27th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE